UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIDIMMA EZEOKOLI, | Case No.  26-cv-03717-EMC |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| YOUTH EMPLOYMENT PARTNERSHIP, INC., | Docket No. 17 |
| Defendant. | |

Plaintiff Chidimma Ezeokoli has filed suit against her former employer Youth Employment Partnership, Inc. ("YEP").  She has asserted four causes of action: (1) retaliation in violation of Title VII, *see* Compl. at 5 (alleging that Ms. Ezeokoli "oppos[ed] what she reasonably believed to be discriminatory treatment based on sex, including unequal enforcement of leave policies," and that, within days, she was terminated); (2) violation of California Labor Code §§ 226 and 227.3, *see* Compl. at 6 (alleging that YEP failed to provide requested payroll records within the required timeframe and failed to pay all accrued benefits owed at the time of termination); (3) violation of California Labor Code §§ 1198.5 and 432.  *See* Compl. at 7 (alleging that YEP failed to provide requested personnel/employment records within the required timeframe and further altered Ms. Ezeokoli's time and vacation records, which were used in connection with her termination); and (4) wrongful termination in violation of public policy.

In response to the complaint, YEP filed a motion to dismiss with a hearing date of July 2, 2026.  *See* Docket No. 15 (motion).  YEP served that motion on Ms. Ezeokoli by email.  *See* Docket No. 15-3 (proof of service).  Perhaps recognizing that Ms. Ezeokoli is not a registered e-filer, YEP filed an amended motion to dismiss with a new hearing date of July 30, 2026, and

United States District Court
Northern District of California

served the amended motion on Ms. Ezeokoli via delivery by a private carrier (FedEx or UPS). *See* Docket No. 17-2 (proof of service).

YEP filed and served its amended motion on June 3, 2026. Ms. Ezeokoli has not filed a response to the amended motion. *See* Civ. L.R. 7-3(a) (providing that an "opposition must be filed and served not more than 14 days after the motion was filed"). Given this circumstance, the Court hereby **VACATES** the July 30 hearing for YEP's motion to dismiss. In addition, the Court issues an order to show cause ("OSC") to Ms. Ezeokoli. **Specifically, Ms. Ezeokoli is ordered to show cause as to why her case should not be dismissed, without prejudice, for failure to prosecute. In her response, Ms. Ezeokoli must also address the merits of YEP's motion to dismiss.**

**Ms. Ezeokoli's response to this order to show cause shall be filed by July 22, 2016. The Court forewarns Ms. Ezeokoli that, if she fails to file a timely response, then her case shall automatically be dismissed, without prejudice, for failure to prosecute.**

**IT IS SO ORDERED**.

Dated: June 30, 2026

_____
EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California