=

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHIDIMMA EZEOKOLI,
Plaintiff,
v.
YOUTH EMPLOYMENT PARTNERSHIP, INC.,
Defendant.

Case No. 26-cv-03717-EMC

**ORDER DISCHARGING ORDER TO SHOW CAUSE; AND SETTING HEARING ON DEFENDANT'S MOTION TO DISMISS**

Docket Nos. 17, 20

Previously, Defendant Youth Employment Partnership, Inc. ("YEP") filed a motion to dismiss. After Plaintiff Chidimma Ezeokoli failed to file an opposition to the motion, the Court issued an order to show cause ("OSC"). Specifically, the Court ordered Ms. Ezeokoli to show cause as to why her case should not be dismissed, without prejudice, for failure to prosecute. It also directed Ms. Ezeokoli to address, in her response to the OSC, the merits of the motion to dismiss. *See* Docket No. 20 (OSC).

Approximately a week later, Ms. Ezeokoli made a filing. In the filing, she did not directly address the Court's request that she show cause as to why her case should not be dismissed for failure to prosecute, but she did oppose the motion to dismiss. Although Ms. Ezeokoli did not directly address the Court's request, it discharges the OSC because Ms. Ezeokoli's opposition brief reflects her intent to litigate this case. Ms. Ezeokoli is forewarned that, although she is pro se, she must still comply with deadlines, including but not limited to deadlines for filing briefs. The Court also refers Ms. Ezeokoli to the District's Pro Se Handbook, which is available at https://cand.uscourts.gov/representing-yourself/pro-se-handbook.

/ / /

United States District Court
Northern District of California

United States District Court
Northern District of California

Now that Ms. Ezeokoli has filed an opposition (and YEP a reply), the Court sets YEP's motion to dismiss for a new hearing date. Specifically, the hearing on the motion to dismiss shall be heard on **August 20, 2026, at 1:30 p.m.**

**IT IS SO ORDERED**.

Dated: July 28, 2026

EDWARD M. CHEN
United States District Judge